| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA** | |
| Case number *(if known)* _____   Chapter **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Mama G's Pizza Bistro & Bar, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  85-3375098

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1533 Fording Island Rd, Ste 302<br>Hilton Head Island, SC 29926<br>Number, Street, City, State & ZIP Code | c/o Glen J. Grace<br>18 Fairlawn Ct<br>Hilton Head Island, SC 29926<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Beaufort<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  https://www.mamagpizzahhi.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Mama G's Pizza Bistro & Bar, LLC**                                                          Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Mama G's Pizza Bistro & Bar, LLC** _____ Case number (*if known*) _____
     Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | Relationship | _____ |
    |---|---|---|---|
    | District | _____ | When | _____ | Case number, if known | _____ |

11. **Why is the case filed in *this district*?**   *Check all that apply:*
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☐ 1-49
    - ■ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ■ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ■ $1,000,001 - $10 million
    - ☐ $500,000,001 - $1 billion

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 3

| Debtor | **Mama G's Pizza Bistro & Bar, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Mama G's Pizza Bistro & Bar, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2023**
MM / DD / YYYY

**X** **/s/ Glen J. Grace**          **Glen J. Grace**
Signature of authorized representative of debtor          Printed name

Title    **Sole-Member Owner**

**18. Signature of attorney**

**X** **/s/ Kevin Campbell**          Date **November 13, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Kevin Campbell 0030**
Printed name

**Campbell Law Firm, PA**
Firm name

**PO Box 684
Mt. Pleasant, SC 29465**
Number, Street, City, State & ZIP Code

Contact phone **(843)884-6874**    Email address **kcampbell@campbell-law-firm.com**

**0030 SC**
Bar number and State

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re **Mama G's Pizza Bistro & Bar, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy  
(number of sheets submitted _____)

(c) **X** electronic version filed via CM/ECF

Date: **November 13, 2023**

**/s/ Glen J. Grace**  
**Glen J. Grace**  
Signature of Debtor

**/s/ Kevin Campbell**  
Signature of Attorney  
**Kevin Campbell**  
**Campbell Law Firm, PA**  
**PO Box 684**  
**Mt. Pleasant, SC 29465**  
**(843)884-6874**  
Typed/Printed Name/Address/Telephone

**0030 SC**  
District Court I.D. Number

```
AMAN LAW FIRM
282 CRYSTAL GROVE BLVD
LUTZ FL 33548-6460


AQUILINA E. ESPEJO DE FERRREIRA
2 BIG ASH LN
LADYS ISLAND SC 29907


ARC 3 GASES, INC.
PO BOX 896866
CHARLOTTE NC 28289-6866


AUTO CHLOR SYSTEM
210 CEMBER WAY, STE E
SUMMERVILLE SC 29483


AVERY TUOHEY
2255 BLAKERS BLVD
OKATIE SC 29909


BEAST EQUIPMENT
32 MAIN ST
BRADLEY BEACH NJ 07720


BEAUFORT COUNTY TREASURER
100 RIBAUT RD, #165
BEAUFORT SC 29902


BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT SC 29901-0487


BLUE CROSS BLUE SHIELD
2501 FAIRWAY DR
GIFFORD SC 29923


BLUE CROSS BLUE SHIELD
ATTN: GENERAL COUNSEL
1-20 AT ALPINE RD
COLUMBIA SC 29219


BRIDGETTE GRACE
18 FAIRLAWN CT
HILTON HEAD ISLAND SC 29926
```

```
CANTOR REAL ESTATE INCOME & OPPURTUNITY
FUND, LLC
ATTN: GLENN BECKER
147 SECOND AVE S, STE 200
SAINT PETERSBURG FL 33701


CINTAS CORP
112 COLEMAN BLVD
SAVANNAH GA 31408


CINTAS CORP
PO BOX 630910
CINCINNATI OH 45263-0910


CINTAS CORPORATION
ATTN: GENERAL COUNSEL
6800 CINTAS BLVD
MASON OH 45040


DAVID J. PARRISH
205 KING ST, STE 400
CHARLESTON SC 29401


DAVID J. PARRISH
NEXSEN PRUET
PO BOX 486
CHARLESTON SC 29402


DAVID MOORE
21 LAKE LINDEN LN
BLUFFTON SC 29910


DIRECT TV
PO BOX 5006
CAROL STREAM IL 60197-5006


E. S.
C/O PARENT OR LEGAL GUARDIAN
6 SILVER FOX LN
HILTON HEAD ISLAND SC 29926


EMMA MCDUFFIE
117 CEDAR VIEW CIR
OKATIE SC 29909
```

```
FERRARO FOODS
2031 PARK CENTER DR
MEBANE NC 27302


FERRARO FOODS HQ
ATTN: LEGAL
287 S RANDOLPHVILLE RD
PISCATAWAY NJ 08854


GARRETT GRACE
18 FAIRLAWN CT
HILTON HEAD ISLAND SC 29926


GEORGIA GRACE
18 FAIRLAWN CT
HILTON HEAD ISLAND SC 29926


GLEN J. GRACE
18 FAIRLAWN CT
HILTON HEAD ISLAND SC 29926


GRANT GRACE
18 FAIRLAWN CT
HILTON HEAD ISLAND SC 29926


GREBE & ASSOCIATES
1749 S. NAPERVILLE RD, STE 203
WHEATON IL 60189


GRETTIA, INC.
18 FAIRLAWN CT
HILTON HEAD ISLAND SC 29926


HARVEST PURE DISTRIBUTORS
7593 SAND LAPPER PKWY
NORTH CHARLESTON SC 29420


INNOVATIVE ELECTRICAL CONCEPTS
158D PALMETTO BLUFF RD
BLUFFTON SC 29910
```

```
INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
MDP 39
1835 ASSEMBLY ST
COLUMBIA SC 29201


INTERNAL REVENUE SERVICE
PO BOX 931000
LOUISVILLE KY 40293


INTERNATIONAL GOURMET FOODS
1105 MAGNOLIA RD
CHARLESTON SC 29417


ISLAND RESTAURANT EQUIPMENT & DESIGN
105 MATTHEWS DR
HILTON HEAD ISLAND SC 29926


KEMAR LINTON
53 DELANDER CT APT 37
HILTON HEAD ISLAND SC 29928


KENNETH REYES MEJIA
19 BURLEY LN
BLUFFTON SC 29910


KENNETH SCOTT BUILDERS
254 RED CEDAR ST #12
BLUFFTON SC 29910


MASSEY SERVICES, INC
49 BROWNS COVE RD, STE 10
RIDGELAND SC 29936


MORGAN MOOSE
25 KENWOOD DR
BLUFFTON SC 29910


MOSS CREEK OWNERS ASSOCIATION
1523 FORDING ISLAND RD.
HILTON HEAD ISLAND SC 29926


NORTH AMERICAN TELECOM
394 DOGWOOD LN
HARDEEVILLE SC 29927
```

```
PALMA ENTERPRISES
PO BOX 21428
HILTON HEAD ISLAND SC 29925


PALMETTO ELECTRIC
111 MATTHEWS DR
HILTON HEAD ISLAND SC 29926


PAY PROUDLY
181 BLUFTON RD, STE E
BLUFFTON SC 29910


PGP MOSS CREEK 1, LLC
1523 FORDING ISLAND RD.
HILTON HEAD ISLAND SC 29926


PGP MOSS CREEK 2, LLC
1523 FORDING ISLAND RD.
HILTON HEAD ISLAND SC 29926


PGP MOSS CREEK 3, LLC
1523 FORDING ISLAND RD.
HILTON HEAD ISLAND SC 29926


PGP MOSS CREEK 4, LLC
1523 FORDING ISLAND RD.
HILTON HEAD ISLAND SC 29926


PHELAN O'KEEFE
5 INDEPENDENCE PLACE
BLUFFTON SC 29910


PRUDENT GROWTH OPERATIONS, LLC
141 PROVIDENCE RD, STE 200
CHAPEL HILL NC 27514


PRUDENT GROWTH OPERATIONS, LLC
218 E TREMONT AVE, STE 218C
CHARLOTTE NC 28203


REVEL SYSTEMS
600 PEACHTREE ST NE, STE 3800
ATLANTA GA 30308
```

```
REVEL SYSTEMS, INC.
600 PEACHTREE ST NE, STE 3800
ATLANTA GA 30308


RFIG, INC.
1749 S. NAPERVILLE RD, STE 203
WHEATON IL 60189


RS ANDREWS SERVICES, INC.
39 PERSIMMON ST, UNIT 602
BLUFFTON SC 29910


SAFETOUCH SECURITY
3766 US HWY 17
RICHMOND HILL GA 31324


SAM HOPKINS
380 MARSHLAND RD, APT J22
HILTON HEAD ISLAND SC 29926


SC DEPARTMENT OF REVENUE
ATTN: OFFICE OF GEN. COUNSEL-BANKRUPTCY
300A OUTLET POINTE BLVD
COLUMBIA SC 29210


SC DEW
PO BOX 995
COLUMBIA SC 29202-0995


SPECTRUM BUSINESS
890 WILLIAM HILTON PKWY
HILTON HEAD ISLAND SC 29928


SUBURBAN PROPANE
77 HAZARD CREEK VILLAGE, UNIT A
RIDGELAND SC 29936


SUPERIOR SERVICES
39 PERSIMMON ST, UNIT 202
BLUFFTON SC 29910


SYSCO CORPORATION
ATTN: BK/LEGAL DEPT
1390 ENCLAVE PKWY
HOUSTON TX 77077-2099
```

```
SYSCO FOODS
131 SYSCO COURT
COLUMBIA SC 29209


TRENT KINSVATER
380 MARSHLAND RD APT J22
HILTON HEAD ISLAND SC 29926


ULTIMATE DELI PROVISIONS
61 RED OAKS LN
RIDGELAND SC 29936


US ATTY FOR SC
1441 MAIN ST., STE 500
COLUMBIA SC 29201


US FOODS
120 LONGS POND ROAD
LEXINGTON SC 29072


US FOODS HQ
ATTN: BK/LEGAL DEPT
9399 WEST HIGGINS RD, STE 100
DES PLAINES IL 60018
```

# United States Bankruptcy Court
## District of South Carolina

In re **Mama G's Pizza Bistro & Bar, LLC**  
Debtor(s)

Case No. _____  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mama G's Pizza Bistro & Bar, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 13, 2023**  
Date

/s/ Kevin Campbell  
**Kevin Campbell 0030**  
Signature of Attorney or Litigant  
Counsel for **Mama G's Pizza Bistro & Bar, LLC**  
**Campbell Law Firm, PA**  
**PO Box 684**  
**Mt. Pleasant, SC 29465**  
**(843)884-6874 Fax:(843)884-0997**  
**kcampbell@campbell-law-firm.com**

# United States Bankruptcy Court
### District of South Carolina

In re **Mama G's Pizza Bistro & Bar, LLC**  
Debtor(s)

Case No.  
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Glen J. Grace**, declare under penalty of perjury that I am the **Sole-Member Owner** of **Mama G's Pizza Bistro & Bar, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **13th** day of **November**, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Glen J. Grace**, **Sole-Member Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Glen J. Grace**, **Sole-Member Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Glen J. Grace**, **Sole-Member Owner** of this Corporation is authorized and directed to employ **Kevin Campbell 0030**, attorney and the law firm of **Campbell Law Firm, PA** to represent the corporation in such bankruptcy case."

Date **November 13, 2023**

Signed /s/ Glen J. Grace  
**Glen J. Grace**

Resolution of Board of Directors
of
**Mama G's Pizza Bistro & Bar, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Glen J. Grace**, **Sole-Member Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Glen J. Grace**, **Sole-Member Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Glen J. Grace**, **Sole-Member Owner** of this Corporation is authorized and directed to employ **Kevin Campbell 0030**, attorney and the law firm of **Campbell Law Firm, PA** to represent the corporation in such bankruptcy case.

Date  **November 13, 2023**          Signed  **/s/Glen J. Grace**

Date  **November 13, 2023**          Signed  _____